# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ANDREWS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:12-cv-2196-PWG |
| SANTANDER CONSUMER USA, INC., | ) |
| Defendant. | ) |

## ORDER

The plaintiff to this action filed a stipulation of dismissal without prejudice. (Doc. 4). Such a signed voluntary dismissal is effective without a court order. Rule 41(a)(1)(A)(i), Fed. R. Civ. P. Accordingly, this action is DISMISSED, and the clerk is DIRECTED to close the file.

DONE, this 22nd day of June, 2012.

_____
PAUL W. GREENE
CHIEF MAGISTRATE JUDGE